IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 06-cv-02374-LTB-CBS

JOHN MAUPIN,

    Plaintiff,

v.

STACEY PRAY;
WILLIAM SAMUDIO;
DAWN GIBSON;
T. J. BLAIR;
DAN ANDREWS;
JEFF SANGER;
GERALD WHITMAN, Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER,

    Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 27 - filed May 18, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE** as to Defendants Blair, Andrews, Sanger, Whitman, and the City and County of Denver, each party to pay their own fees and costs.

                                             BY THE COURT:

                                             s/Lewis T. Babcock
                                             Lewis T. Babcock, Chief Judge

DATED:  May 21, 2007