IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 06-cv-02374-LTB-CBS

JOHN MAUPIN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
T. J. BLAIR;
DAN ANDREWS;
JEFF SANGER;
GERALD WHITMAN, Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER,

    Defendants.
_____

**ORDER**
_____

    THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Colorado Department of Corrections (Doc 31 - filed May 24, 2007), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE** as to the Colorado Department of Corrections, each party to pay their own fees and costs.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Chief Judge

DATED:   May 29, 2007